**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Eva Will,<br><br>            Plaintiff,<br><br>      v.<br><br>Albertson's, Inc., et al.,<br><br>            Defendants. | CIV-07-857-PHX-SMM<br><br>**ORDER** |

Before the Court is Plaintiff Eva Will's ("Plaintiff") Motion to Extend Time for Service (Dkt. 6). Plaintiff electronically filed this action on April 24, 2007, alleging discrimination and retaliation on the part of Defendants. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff had 120 days after the filing of the Complaint to effect service of the summons and complaint, or until August 23, 2007. On October 31, 2007, Plaintiff contacted the messenger service and was informed that no defendant had been served. Plaintiff now seeks an extension of time for service, which a court is to grant for good cause shown.

The Court understands Plaintiff's reasonable belief that the messenger service would serve Defendants in this matter, and that refiling this lawsuit is not a viable option for Plaintiff. However, Plaintiff did not inquire as to whether service had been completed until over two months after the deadline for service had passed. As a result, the Court finds that good cause has not been shown for Plaintiff's failure to serve Defendants in this matter and Plaintiff's motion is denied.

Accordingly,

**IT IS HEREBY ORDERED** denying Plaintiff's Motion to Extend time for Service (Dkt. 6).  This action is dismissed without prejudice, and the Clerk is directed to terminate this matter.

DATED this 20th day of November, 2007.

Stephen M. McNamee
United States District Judge